# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3173

_____

Martin Lindstedt, Republican       *
Candidate for Governor of Missouri,     *
also known as Mad Dog,           *
                *
      Appellant,         *
                *   Appeal from the United States
    v.               *   District Court for the
                *   Western District of Missouri.
Matt Blunt, Secretary of State and   *
Chief Election Official of Missouri,   *       [UNPUBLISHED]
also known as Runt, and Rival     *
Republican Candidate for Governor   *
of Missouri; Robin Carnahan,     *
Secretary of State,           *
                *
      Appellees.         *

_____

Submitted: June 13, 2006
Filed: June 16, 2006

_____

Before ARNOLD, BYE, and SMITH, Circuit Judges.

_____

PER CURIAM.

The district court[1] dismissed Martin Lindstedt's 42 U.S.C. § 1983 action after concluding that Mr. Lindstedt had filed it for the improper purpose of harassment. See Fed. R. Civ. P. 11(b).  The court then denied Mr. Lindstedt's Federal Rule of Civil Procedure 59(e) motion for reconsideration.  Mr. Lindstedt appeals.  We find no abuse of discretion in either the dismissal of Mr. Lindstedt's complaint, or the denial of his Rule 59(e) motion.  See Cooter & Gell v. Hartmarx Corp., 496 U.S. 384, 405 (1990) (reviewing Rule 11 determinations for abuse of discretion); Innovative Home Health Care, Inc. v. P.T.-O.T. Assocs., 141 F.3d 1284, 1286 (8th Cir. 1998) (reviewing denial of Rule 59(e) motions for abuse of discretion).  Accordingly, we affirm.  See 8th Cir. R. 47A(a).

_____

[1]The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.